PHILIP SIEGEL, Respondent, *v.* SEIDENBERG, KEROES & DRAT-
FIELD, INC., Defendant, Impleaded with LOUIS ROTHSTEIN,
Appellant.

First Department, December 20, 1932.

*Harmon Ackerman* of counsel [*Edyth Widdi* with him on the brief],
for the appellant.

*Jacob M. Zinaman,* for the respondent.

PER CURIAM.  The order appealed from should be reversed, with
twenty dollars costs and disbursements, and the motion denied.  A
judgment directing the payment of a sum of money is enforcible
only by execution.  (See Civ. Prac. Act, §§ 504, 505; *Harris* v.
*Elliott,* 163 N. Y. 269.)

Present — FINCH, P. J., MERRELL, MARTIN, SHERMAN and TOWN-
LEY, JJ.

Order reversed, with twenty dollars costs and disbursements,
and motion denied.